JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CESAR SCOLARI, an individual; SEA CZAR, INC., a Washington corporation,<br><br>         Plaintiffs,<br>    vs.<br><br>BROWN & STREZA LLP, a California limited liability partnership; MATTHEW G. BROWN, an individual; and DOES 1 through 15, inclusive,<br><br>         Defendants. | CASE NO.:  SACV11-1518-JST(Ex)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that this case be dismissed without prejudice based on the Stipulation of the parties through their respective counsel, each party to bear his, her or its own fees and costs.

Dated: July 3, 2012

**JOSEPHINE STATON TUCKER**
Hon. Josephine Staton Tucker

Grobaty & Pitet, LLP

1

**ORDER OF DISMISSAL WITHOUT PREJUDICE**